UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Lee E McClain

Debtor(s)

Case No. 14 B 39704

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2014.

2) The plan was confirmed on 02/24/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/16/2015.

5) The case was Converted on 07/28/2015.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,949.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,949.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,708.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $100.27 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,809.00** |
| Attorney fees paid and disclosed by debtor: | $272.44 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Absolute Collect Svc | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,778.80 | 1,744.82 | 1,744.82 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 198.53 | 198.53 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 94.02 | 94.02 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 671.64 | 671.64 | 0.00 | 0.00 |
| Americash | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| Bayside Loan Service | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Cash Advance USA | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| Cci | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| Chasmccarthy | Unsecured | 1,537.00 | NA | NA | 0.00 | 0.00 |
| Check 'N Go | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 4,460.00 | 574.00 | 574.00 | 0.00 | 0.00 |
| City of Maywood | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 400.00 | 418.86 | 418.86 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 46,779.00 | 51,609.00 | 51,609.00 | 0.00 | 0.00 |
| Eastside Lenders | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co | Unsecured | 1,118.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| Franciscan St. James Health | Unsecured | 1,159.05 | NA | NA | 0.00 | 0.00 |
| Harris and Harris | Unsecured | 1,448.81 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 2,187.83 | 3,264.49 | 3,264.49 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 2,300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Integrity Advance | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | 1,537.43 | 1,346.01 | 1,346.01 | 0.00 | 0.00 |
| Landlords Service Bureau | Unsecured | 3,426.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| National Lawsuit Funding, LLC | Unsecured | 2,747.66 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Co | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCEP LLC | Unsecured | NA | 13,539.51 | 13,539.51 | 0.00 | 0.00 |
| NCEP LLC | Secured | 10,075.00 | 23,614.51 | 10,075.00 | 140.00 | 0.00 |
| Nicor Gas | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Pepper Cash | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Platinum Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Sign My Loan | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ST. James Hospital | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,075.00 | $140.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,075.00** | **$140.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$73,460.88** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,809.00 |
| Disbursements to Creditors | $140.00 |
| **TOTAL DISBURSEMENTS:** | **$2,949.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/24/2015                               By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**